```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         4:05CR3139
       v.                      )
                               )
FERNANDO ESPARZA-MORALES,      )
                               )            ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

The motion of W. Russell Bowie to be paid prior to completion of case, filing 23, is granted.

DATED this 10th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge