IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )          4:05CR3139
          v.                   )
                               )
FERNANDO ESPARZA-MORALES,      )
                               )              ORDER
               Defendant.      )
                               )

        Defendant's counsel has been given leave to withdraw and new
counsel has not yet entered an appearance.

        IT THEREFORE HEREBY IS ORDERED,

        1.  Trial of this matter is continued to 9:00 a.m., May 1,
2006, for a duration of four trial days before the Honorable
Richard G. Kopf in Courtroom 1, United States Courthouse and
Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.
Jury selection will be held at commencement of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
March 17, 2006 and May 1, 2006 shall be deemed excludable time in
any computation of time under the requirements of the Speedy
Trial Act, for the reason that the parties require additional
time to adequately prepare the case, taking into consideration
due diligence of counsel, the novelty and complexity of the case,
and the fact that the failure to grant additional time might
result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) &
(B).

        DATED this 20th day of March, 2006.

                              BY THE COURT:

                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge